UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No. 16-cr-197-pp

ANTOINE T. RICHMOND,

    Defendant.

## ORDER GRANTING GOVERNMENT'S MOTION FOR PRELIMINARY ORDER OF FORFEITURE (DKT. NO. 56)

On December 7, 2017, the government filed a motion asking the court to enter a preliminary order of forfeiture under Federal Rule of Criminal Procedure 32.2. Dkt. No. 56. The motion seeks an order of forfeiture for the Smith and Wesson, model SW99, .40 caliber pistol, bearing serial number CMPD0864, described in the forfeiture notice of the December 13, 2016 indictment. Dkt. No. 1 at 2. The government notes that on October 18, 2017, the defendant entered a conditional plea of guilty to Count One of the indictment (dkt. no. 54), and that under that plea agreement, the defendant agreed to the entry of a preliminary order of forfeiture, dkt. no. 53 at 8, ¶26. Id.

The court **GRANTS** the government's motion for preliminary order of forfeiture. Dkt. No. 56. The court **ORDERS** that all right, title and interest in the Smith and Wesson, model SW99, .40 caliber pistol, bearing serial number

1

CMPD0864, is **PRELIMINARILY FORFEITED** to the United States under 18 U.S.C. §924(d), and 28 U.S.C. §2461(c).

The court **ORDERS** that the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its duly authorized representative, immediately shall seize the item described above.

The court **ORDERS** that under 21 U.S.C. §853(n)(1), the United States shall publish notice of this order and of its intent to dispose of the property according to law.

The court will recount the terms of this order in the defendant's judgment and commitment order.

Dated in Milwaukee, Wisconsin this 14th day of December, 2017.

BY THE COURT:

_____
**HON. PAMELA PEPPER
United States District Judge**