UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Case No. 16-cr-197-pp

ANTOINE T. RICHMOND,

    Defendant.

## ORDER GRANTING MOTION FOR ORDER OF FORFEITURE AND JUDGMENT (DKT. NO. 78)

On May 22, 2018, the government filed a motion asking the court to enter a final order of forfeiture under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c). Dkt. No. 78. The court has considered the motion, as well as the affidavit of Assistant United States Attorney Keith S. Alexander. Dkt. No. 79. The court is satisfied that the government has complied with the requirements of 18 U.S.C. §924(d) and 28 U.S.C. §2462(c).

The court **ORDERS** that, under 18 U.S.C. §924(d) and 28 U.S.C. §2461(c), the United States of America has clear title to the Smith and Wesson, model SW99, .40 caliber pistol, bearing serial number CMPD0864, and may dispose of the property according to law.

Dated in Milwaukee, Wisconsin this 23rd day of May, 2018.

                                              **BY THE COURT:**

                                              **HON. PAMELA PEPPER**
                                              **United States District Judge**